UNITED STATES DISTRICT COURT    JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 23-611-JFW(MAAx)**    Date:  February 16, 2023

Title:    Jose I. Abrigo Castro -v- Ford Motor Company, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    ORDER DISMISSING ACTION WITHOUT PREJUDICE

As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of January 30, 2023, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for March 6, 2023, is **VACATED**. See Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.

Initials of Deputy Clerk  sr